[No. 10,657.—Department Two.]
June 15, 1881.

## EX PARTE PATRICK RUSH.

CONTEMPT—JURISDICTION—HABEAS CORPUS.

APPLICATION for discharge on writ of *habeas corpus*. The prisoner was held under a commitment for contempt by the Superior Court of San Francisco, Department No. 10, HALSEY, J., for disobeying an order of the Court requiring him to pay to one Leander Quint the sum of two hundred and sev-

enty-five dollars as attorney's fees due the latter, for direct-
ing and managing an estate of which Rush was executor.
After commitment Rush petitioned in the Supreme Court for
a writ of *habeas corpus,* on the ground that he had no notice
of the order and had no opportunity to show cause why he
should not be imprisoned for his disobedience.

The petition was granted by Morrison, C. J., and the writ
made returnable before the Supreme Court, Department
No. 2.

*Charles P. Goff,* Attorney for Petitioner.

The COURT:

The proceedings required by Section 1212 of the Code of
Civil Procedure to bring the petitioner into contempt, were
not taken, and therefore he should be discharged. It is so
ordered.